1026

No. 95–8972.  LEE *v.* MCDANIEL, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 95–8990.  BARFIELD *v.* BELLSOUTH TELECOMMUNICATIONS, INC.  C. A. 5th Cir.  Certiorari denied.

No. 95–9012.  HOUSTON *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 95–9014.  HAYNES *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 95–9022.  MAYFIELD *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 95–9045.  NANCE *v.* SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.

No. 95–9056.  AUSTIN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 95–9063.  HERRERA *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 95–9070.  POWERS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–9071.  GUZMAN *v.* OFFICE OF PERSONNEL MANAGEMENT.  C. A. Fed. Cir.  Certiorari denied.

No. 95–9073.  HOPKINS, AKA HOPKINS BEY *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 95–9074.  GARY *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 95–9079.  SOMES *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–9080.  PIRTLE *v.* WASHINGTON.  Sup. Ct. Wash.  Certiorari denied.